UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. EDWIN DUNTEMAN, M.D., | )<br>)<br>) | |
| Plaintiff, | )<br>) | No. 4:98CV01903SNL |
| v. | )<br>) | |
| TENET HEALTH SYSTEMS, SL-HLC, INC.<br>d/b/a/ ST. LOUIS UNIVERSITY HOSPITAL,<br>ST. LOUIS UNIVERSITY, and LAWRENCE<br>BAUDENDISTEL, | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. GURPREET PADDA, M.D., | )<br>)<br>) | |
| Plaintiff, | )<br>) | No. 4:99CV01339ERW |
| v. | )<br>) | |
| LAWRENCE BAUDENDISTEL, M.D.,<br>ST. LOUIS UNIVERSITY, and<br>TENET HEALTH SYSTEMS, SL-HLC, INC. | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**NOTICE**

COMES NOW the United States of America, by and through its attorneys, Raymond W. Gruender, United States attorney for the Eastern District of Missouri and Claire M. Schenk and Joseph M. Landolt, Assistant United States Attorneys, and hereby inform this Honorable Court that on January 28, 2004 counsel for the United States and counsel for relators Dunteman and Padda met at the United States Attorney's Office to attempt to resolve the issue of relators' share. This

meeting resulted in the parties agreement upon a recommended settlement in principle concerning the relators' share issue, subject to requisite approvals and execution of standard documentation.  The parties have further agreed to move quickly to seek all necessary approvals and to prepare and execute the appropriate documentation.

        Respectfully submitted,

        RAYMOND W. GRUENDER
        United States Attorney


        /s/ Joseph M. Landolt
        CLAIRE M. SCHENK #4866
        JOSEPH M. LANDOLT #6484
        Assistant United States Attorneys
        Thomas F. Eagleton U.S. Courthouse
        111 South Tenth Street, Twentieth Floor
        St. Louis, Missouri 63102
        (314) 539-2200/Phone
        (314) 539-2777 Fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2004, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's Electronic Filing System upon the following:

Gonzalo A. Fernandez, Daniel R. O'Neill, Winthrop B. Reed, Barry A. Short and Gary M. Siegel.

      I hereby certify that on January 29, 2004, the foregoing was mailed by United States Postal Service to the following non-participant in Electronic Case Filing:

Mr. Stephen J. Immelt
HOGAN and HARTSON, LLP
111 S. Calvert Street,
Suite 1600
Baltimore, MD 21202

                                                   /s/ Joseph M. Landolt
                                                 JOSEPH M. LANDOLT