IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* EDWIN DUNTEMAN, M.D., <br><br>Relator, <br><br>v. <br><br>ST. LOUIS UNIVERSITY and LAWRENCE BAUDENDISTEL, M.D., <br><br>Defendants. | ) ) ) ) ) ) ) ) No. 4:98CV01903SNL ) ) ) ) ) |

## ORDER

**THIS MATTER** is before this Court on Relator Edwin L. Dunteman's Motion to Dismiss.

**IT IS HEREBY ORDERED** that Relator's motion is granted and the causes of action set forth in the above-captioned matter are hereby dismissed with prejudice.

**SO ORDERED:**

_____
UNITED STATES DISTRICT COURT

_____
DATE